USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/31/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SEQUOIA MEDIA,                                               :
                                                             :
                              Plaintiff,     :
          -against-                                      :
                                                             :    24-CV-00342 (VEC)
                                                             :
REDBIRD CONTENT CORPORATION AND       :            ORDER
TIFF WINTON,                                                 :
                                                             :
                           Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 17, 2024, Plaintiff Sequoia Media ("Plaintiff") filed a Complaint against Defendants Redbird Content Corporation and Tiff Winton ("Defendants"); *see* Compl., Dkt. 1;

       WHEREAS Plaintiff alleges that the Court's subject matter jurisdiction is premised on diversity, *see id.* ¶ 4;

       WHEREAS "a limited liability company has the citizenship of its members," *see Jean-Louis v. Carrington Mortg. Servs., LLC*, 849 F. App'x 296, 298 (2d Cir. 2021);

       WHEREAS a complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC (including the citizenship of any members of the LLC that are themselves LLCs), *see Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51–52 (2d Cir. 2000); *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010);

       WHEREAS Plaintiff alleges that it is a limited liability company based in Wyoming, but does not identify its members or their citizenships, *see id.*; and

2

WHEREAS on January 18, 2024, the Court ordered Plaintiff to file an amended complaint that cures the deficiencies described herein not later than January 26, 2024, and indicated that the Complaint would otherwise be dismissed for lack of subject matter jurisdiction, *see* Order, Dkt. 5; and

WHEREAS to date, Plaintiff has not filed an amended complaint;

IT IS HEREBY ORDERED that Plaintiff has a final opportunity to file an amended complaint not later than **Tuesday, February 6, 2024**, or the Complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

Date: January 31, 2024
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**